UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

OMAR MUNOZ                                                          PLAINTIFF

v.                              No. 5:20-CV-05216

KARAS HEALTH CARE and
NURSE JOLANA WILSON                                               DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 22) from United States Magistrate Judge Christy Comstock. Because Plaintiff receives service by mail, the deadline to file objections has not yet passed, but mail from the Clerk (including the report and recommendation) to Plaintiff has again been returned. The Magistrate recommends that Defendant's motion (Doc. 19) to dismiss be granted and that this case be dismissed without prejudice for Plaintiff's failures to comply with Court orders, keep his address information up to date with the Court and Defendant, or otherwise respond to communication from the Court. The Court has reviewed the report and recommendation and the record de novo, and the report and recommendation is ADOPTED.

IT IS THEREFORE ORDERED that Defendant's motion (Doc. 19) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered separately.

IT IS SO ORDERED this 2nd day of July, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE